**Order filed October 13, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00475-CV

_____

## IN THE MATTER OF E.Y.

On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2015-04350J

## O R D E R

The clerk's record was filed June 20, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the State's motion to waive jurisdiction.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before October 24, 2016, containing the State's motion to waive jurisdiction.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM